# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| EARL BLANCHETT | Case Number: 8:01-cr-328-T-17TGW |
|  | USM Number: 39910-018 |
|  | AFPD Jenny Devine |
|  | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1-6__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for cocaine | November 20, 2009 |
| 2 | Positive urinalysis for cocaine | December 10, 2009 |
| 3 | Positive urinalysis for cocaine | December 17, 2009 |
| 4 | Positive urinalysis for cocaine | January 7, 2010 |
| 5 | Failure to participate in Drug Aftercare Treatment | January 20, 2010 |
| 6 | Failure to participate in Mental Health Counseling | January 20, 2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 25, 2010
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

FEBRUARY 25th, 2010
Date

DEFENDANT: EARL BLANCHETT
CASE NUMBER: 8:01-CR-328-T-17TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FOUR (4) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__ The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL